UNITED STATES of America,
Plaintiff–Appellee,

v.

**Dustin Nathaniel MILLER,**
Defendant–Appellant.

No. 08–14190
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 7, 2009.

Dustin Nathaniel Miller, Yazoo City, MS, pro se.

Steven E. Butler, Mobile, AL, for Plaintiff–Appellee.

Before BIRCH, HULL and HILL, Circuit Judges.

PER CURIAM:

Richard Earl Shields, appointed counsel for Dustin Miller in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent re-

view of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Miller's conviction and sentence are **AFFIRMED.**